387 A.2d 106

Commonwealth v. Collier, Appellant.

598

Argued December 13, 1977. Stanford Shmukler, for appellant; Flora L. Becker, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.